IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jefferey Yates,                                  Case No. 3:17CV1389

         Plaintiff

       v.                                       **JUDGMENT ENTRY**

Rodney Nichols, et al.,

         Defendants

       In accordance with the order filed contemporaneously with this judgment entry, it is hereby ORDERED THAT the defendants' motion to dismiss (Doc. 18) be, and the same hereby is, granted with prejudice.

       So ordered.

                                                                  /s/ James G. Carr
                                                                  Sr. U.S. District Judge